IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS REED, ) | |
| ID # 47744039, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:16-CV-1339-M-BH |
| ) | |
| CHIEF U.S. MARSHAL, et al., ) | |
| ) | |
| Defendants. ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed with prejudice by separate judgment until the plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994). The *Rehearing and Request for Rescinding of Severance and Transfer*, received June 8, 2016 (doc. 11), is denied as moot.

SIGNED this 5th day of December, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE